## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Name:     Timothy W Taylor          Docket #:   1:01CR00055

Address:  2940 Old State Road, Manchester,    Judge:   The Honorable Herman J.

          OH 45144                                      Weber

You have been ordered by the United States District Court to pay a special assessment of $_____ ____, restitution of $_____, and/or a fine of $___2000_____, as a condition of your supervision (probation, parole, or supervised release). (current balance is $1875)

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the about of $___50.00_____, commencing 12/1/04_____. This is based on the following analysis of your ability to pay:_____

_____       _____
U. S. Probation Officer                Date  11/17/04

**Order of the Court:** The Court orders minimum monthly payments of $50.00 to commence on December 1, 04 and to continue until the debt is satisfied or the Court alters the payment schedule.

_____       _____
Signature of Judicial Officer          Date  11/29/04

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
U. S. Courthouse, Room 260
85 Marconi Boulevard
Columbus, Ohio 42315

Note: Your restitution/fine ~~bears~~ or does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_____       _____
Defendant                              Date

_____       _____
U.S. Probation Officer                 Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU