PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Timothy W Taylor**  Case Number: **1:01CR00055**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **August 16, 2002**

Original Offense: **Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine**

Original Sentence: **21 month(s) prison, 36 month(s) supervised release; 12/17/03 TSR Revoked 9 month BOP; one year TSR**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **August 13, 2004**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| #1<br>Failure to pay fine | On August 16, 2002, the Court ordered Mr. Taylor to pay a $2,000 fine. To date, he has paid $325. |

U.S. Probation Officer Action:

As the Court will recall, Mr. Taylor's supervised release was revoked on December 17, 2003. He was sentenced to nine months in prison for his continued drug use and noncompliance with mental health treatment. As a result, on August 13, 2004, Mr. Taylor was released to supervision for one year. Since being on supervision, Mr. Taylor has had a few difficulties which hopefully mental health counseling will address. This officer will contact the Court if additional problems arise.

In addition, Mr. Taylor was ordered by the Court to pay a $2,000 fine and to date has paid $325. Although his mother continues to make payments, Mr. Taylor may not have his fine paid in full prior to his termination date of August 12, 2005. As such, this officer is respectfully requesting that Mr. Taylor be allowed to terminate from supervision despite the fact his fine may not be paid in full. This officer has also notified the United States Attorney's Office of this matter.

Respectfully submitted,

by  Darla J. Huffman
U. S. Probation Officer
Date:   March 17, 2005

Approved,

by  John C. Cole
Supervising U. S. Probation Officer
Date: 3-21-05

PROB 12A  
(12/98)

2

[✓] I concur with the recommendation of the Probation Officer  
[ ] Submit a Request for Modifying the Condition or Term of Supervision  
[ ] Submit a Request for Warrant or Summons

_____  
Signature of Judicial Officer

3/22/05  
Date